FILED

MAR 7 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| UNITED STATE OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| V. | § | DR-11-M-01470 (3) |
| | § | |
| ERIK ESTRADA | § | |

## ORDER ON MOTION FOR CONTINUANCE

The Court having considered Defendant's Motion for Continuance of the Detention Hearing and Preliminary Exam and having found that it should be GRANTED/DENIED. IT IS ORDERED that the hearing in the above cause is continued until **March 11, 2011 at 9:00 a.m.**

SIGNED this 7th day of March, 2011.

_____
VICTOR ROBERTO GARCIA
U.S. Magistrate Judge